August 26, 2014



# JUDGMENT

# The Fourteenth Court of Appeals

RAMESH KAPUR D/B/A AIC MANAGEMENT COMPANY, Appellant

NO. 14-14-00361-CV                    V.

BANK OF AMERICA, N.A., Appellee

_____

        Today the Court heard its own motion to dismiss the appeal from the judgment signed by the court below on February 12, 2014. Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

        We further order that all costs incurred by reason of this appeal be paid by appellant, Ramesh Kapur d/b/a AIC Management Company.

        We further order this decision certified below for observance.